**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSE LUIS VALDES-MONTEJO,

      Petitioner,

v.                                                                    Case No. 3:26-cv-132-MMH-LLL

PAMELA BONDI, et al.,

      Respondents.

_____

**ORDER**

On March 2, 2026, the Court dismissed Counts One and Two of the Amended Petition; directed Petitioner to either file a notice that the Court had properly construed Count Three or a second amended petition by March 27, 2026; and further directed Petitioner to pay the $5 filing fee by March 27, 2026. See Order (Doc. 5). To date, Petitioner has not complied, and the website for the United States Immigration and Customs Enforcement reflects that he is no longer in custody.[1]

Accordingly, it is

**ORDERED**:

---

    [1] See Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at https://locator.ice.gov/odls/#/search (last visited Apr. 7, 2026).

1.      This case is **DISMISSED without prejudice**.

2.      The **Clerk of Court** shall terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of April, 2026.

MARCIA MORALES HOWARD
United States District Judge

JAX-3 4/7
c:
Jose Luis Valdes-Montejo, #088084951

2